Form oscmsdoc − oscmissdocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−29102−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph Mbeh
75 Laidlaw Ave
Apt 1R
Jersey City, NJ 07306−1569

Social Security No.:
xxx−xx−8702

Employer's Tax I.D. No.:

---

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS**

☑ The Court having noted that the debtor filed a petition on September 26, 2018, and did not file the following documents:

Chapter 7 Statement of Exemption From Presumption of Abuse(122A−1 Supp

☐ The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 10/10/18 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 10/10/18.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable John K. Sherwood on

Date: October 23, 2018
Time: 10:00 am
Location: Courtroom 3D
Address: Martin Luther King, Jr . Federal Building
50 Walnut Street
3rd Floor
Newark, NJ 07102

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: September 26, 2018
JAN: dlr

John K. Sherwood
United States Bankruptcy Judge