**NJID 816294**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>JOSEPH MBEH | : CHAPTER 7 |
| | : CASE NO. 18-29102-JKS |
| Debtor | **: NOTICE OF MOTION FOR<br>: RELIEF FROM<br>: STAY** |

| | |
|---|---|
| JOSEPH MBEH<br>75 LAIDLAW AVE<br>APT 1R<br>JERSEY CITY, NJ 07306-1569 | PRO SE<br>JOSEPH MBEH<br>75 LAIDLAW AVE<br>APT 1R<br>JERSEY CITY, NJ 07306-1569 |
| JOSEPH MBEH<br>41 UNION STREET<br>JERSEY CITY, NJ 07304 | JEFFREY LESTER, TRUSTEE<br>374 MAIN ST.<br>HACKENSACK, NJ 07601-5897 |
| | U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

'U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT' (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the

automatic stay against the property commonly known as 41 UNION STREET, JERSEY CITY, NJ 07304.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant Movant relief from the automatic stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before 11/20/2018 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

JEFFREY LESTER, TRUSTEE
374 MAIN ST.
HACKENSACK, NJ 07601-5897

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on 11/27/2018 at 10:00 AM at the United States Bankruptcy Courthouse, 50 Walnut Street, 3rd Floor, Courtroom 3D, Newark, NJ 07102, before the Honorable JOHN K. SHERWOOD, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: October 24, 2018

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com